UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL GILMORE *Administrator of the Estate of Jenna Lyn Gilmore*,
    Plaintiff,

v.

FORD MOTOR COMPANY *a foreign corporation*,
    Defendant.

12cv547
**LEAD CASE**
**ELECTRONICALLY FILED**

---

MICHAEL L. PLESKOVICH, et al,
    Consolidated Plaintiffs,

v.

FORD MOTOR COMPANY *a foreign corporation*,
    Consolidated Defendant.

12cv548
**MEMBERCASE**

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action No. 12-548 is hereby consolidated with Civil Action No. 12-547, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 12-547.

3. The Clerk of Court shall close Civil Action No. 12-548.

    **SO ORDERED** this 27th day of July, 2012.

    s/Arthur J. Schwab
    Arthur J. Schwab
    United States District Judge